IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN C. HOLLIS,

    Plaintiff,

    vs.                                       Civ. No. 12-567 JAP/ACT

CORIZON MEDICAL SERVICES,
DON D. DOUGLAS, P.A., MARY HARMON,
and DR. JOSE ANDRADE,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of United States Magistrate Judge Alan C. Torgerson, filed January 29, 2013 [Doc. No. 19], regarding Plaintiff's Motion of Removal [Doc. No. 7], construed as a Motion to Remand. The parties have not filed any objections.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted and Plaintiff's Motion to Remand [Doc. No. 7] is DENIED.

_____
**JAMES A. PARKER**
**United States District Judge**